# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand and twenty-three,

_____

| | |
|---|---|
| Frank DeMartino, Tadco Construction Corporation, | **ORDER** |
| Plaintiffs - Appellants, | Docket No. 22-720 |
| v. | |
| New York State Department of Taxation and Finance, Amanda Hiller, Acting Commissioner of the New York State Department of Taxation and Finance, | |
| Defendants - Appellees. | |

_____

      Appellants move to adjourn oral argument scheduled for Monday, March 6, 2023 B Panel.

      IT IS HEREBY ORDERED that the motion is DENIED.

